Ex Parte          Trial-Ct. No. 2012-CR-2293 WL 48,289

RaymondDaniels Jr.                    Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta, Clerk

## Findings of facts for the Court to Consider and Supporting Case Laws

Now Comes Exparte Raymond Daniels Jr. in the above cause. and would show the Honorable Court the following:

### I.

1). Applicant Argues that he is allowed claims of ineffective assistance of Counsel based on Search issues. See. Kimmelman Vs Morrison
477 U.S. 365 (1986)
91 L.Ed 2d. 305
106 S.Ct. 2574.

2). Applicant Argues that Trial Counsel James V. Tocci was ineffective for Not Motioning the 290th Judicial District Court for a Pre-Trial Hearing to Argue the Motion to Suppress Evidence that was Filed August 6th 2012. See Exhibit-2

3.). Applicant Argues the Pretrial Motion to Suppress had Merit. due to the illegal Search of Applicants Cell-Phone Coat, and Person.

4). Applicant Argues that on 1-10-2013 his second letter written to Judge of 290th District Court Melisa Skinner listed as (Exhibit B) Applicant is Complaining that after 6 months the Attorney James V. Tocci has yet to ask the court for a investigator to collect Traffic citations written on the night of NOV. 9th 2011 between the hours of 9:00 pm and 10:00 pm by officer Felipe Ramos. this information would have Proven that officers were writing a Citation to another vehicle and Not Traveling North as ~~they~~ he stated in offense Report~~ing~~ in Cause NO 2012-cr-2293-w1.

5). Applicant Argues that even tho Attorney Filed A Motion to Suppress Evidence on Aug 6th 2012; the attorney Reset the court Docket for 5 months. Knowing the States Attorney was Ready for-Trial, and Refused to File for a Pre-Trial hearing to Argue the Motion to Suppress Violating Applicants Rights to Due Process to a Fundamentally Fair, Trial under 5th, 14th Amendments U.S. const.

6). Applicant Argues that when his Court Appointed Counsel James V. Tocci let 5 months pass after filing the Motion to Suppress, and never filed a Pretrial Hearing Motion to Argue the Motion to Suppress, the attorney allowed Applicants defense to become impaired and the States attorney gain and advantage in which forced Applicant to Plea, on Jan 25, 2013.

## Prayer

WHerefore Premises Considered Applicant would ask the Honorable court of Criminal Appeals to find the trial Counsel ineffective, for violating his 6th 5th, 14th Amendment Rights to the U.S. Constitution, and Grant Applicant relief from this illegal con-finement

pg 3 of 3

Exhibit-2

CAUSE NO. 2012-CR-2293

STATE OF TEXAS                    §        IN THE DISTRICT COURT
                                  §
                                  §
vs.                               §        290TH JUDICIAL DISTRICT
                                  §
RAYMOND DANIELS                   §        BEXAR COUNTY, TEXAS

## MOTION TO SUPPRESS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Raymond Daniels, Defendant, and files this Motion to Suppress and shows the following:

1.    Defendant has been charged with the offense of Felon Possession of Firearm.

2.    The actions of the San Antonio Police Department violated the constitutional and statutory rights of the Defendant under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution, Article I, Section 9 of the Texas Constitution, and under Article 38.23 of the Texas Code of Criminal Procedure.

3.    Raymond Daniels was arrested without lawful warrant, probable cause or other lawful authority in violation of the rights of Raymond Daniels pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, Article I, Sections 9, 10 and 19 of the Constitution of the State of Texas.

4.    Any statements obtained from Raymond Daniels were obtained in violation of Article 38.22 of the Texas Code of Criminal Procedure and in violation of the rights of Raymond Daniels pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, Article I, Sections 9, 10 and 19 of the Constitution of the State of Texas.

5.    Any tangible evidence seized in connection with this case was seized without warrant, probable cause or other lawful authority in violation of the rights of Raymond Daniels pursuant to the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United

States Constitution, Article I, Sections 9, 10 and 19 of the Constitution of the State of Texas.

6.      Therefore, the Defendant requests that the following matters be suppressed at trial of this cause:

a.      Any and all tangible evidence seized by law enforcement officers or others in connection with the detention and arrest of Raymond Daniels in this case or in connection with the investigation of this case, and any testimony by the San Antonio Police Department or any other law enforcement officers or others concerning such evidence.

b.      The arrest of Raymond Daniels at the time and place in question and any and all evidence which relates to the arrest, and any testimony by the San Antonio Police Department or any other law enforcement officers or others concerning any action of Raymond Daniels while in detention or under arrest in connection with this case.

c.      All written and oral statements made by Raymond Daniels to any law enforcement officers or others in connection with this case, and any testimony by the San Antonio Police Department or any other law enforcement officers or others concerning any such statements.

d.      Any other matters that the Court finds should be suppressed upon hearing of this motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court suppress such matters at trial of this cause, and for such other and further relief in connection therewith that is proper.

Respectfully submitted,

Law Office of James V. Tocci
222 South Flores Street
San Antonio, TX 78204
Tel: (210) 226-5656
Fax: (210) 226-2241

By:_____
     JAMES TOCCI
     State Bar No. 24008165
     Attorney for Raymond Daniels

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Suppress was hand delivered to the County Attorney's Office, at the Bexar County Justice Center, 300 Dolorosa, San Antonio, Texas 78205, on _August 14_, 2012.

_____
JAMES TOCCI

CAUSE NO. 2012-CR-2293

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 290TH JUDICIAL DISTRICT |
| | § | |
| RAYMOND DANIELS | § | BEXAR COUNTY, TEXAS |

## ORDER

On _____, 2012, came on to be considered the defendant's Motion to Suppress in the above-styled and numbered cause, the Court having considered the evidence which the State will offer at trial, rules that said Motion to Suppress is:

# (GRANTED)        (DENIED)

Signed on _____, 2012.

_____
JUDGE PRESIDING

# James V. Tocci, Attorney at Law

222 S. Flores Street, San Antonio, Texas 78204
Telephone (210) 226-5656  Fax (210) 226-2241

August 8, 2012

Mr. Raymond Daniels, SID No. 358196
Bexar County Adult Detention Center
200 N. Comal Street
San Antonio, Texas 78207

Re:  *State of Texas vs. Raymond Daniels, Cause No. 2012-CR-2293 & 2012-CR-3597*

Dear Mr. Daniels,

Enclosed is a file stamped copy of the Motion to Suppress that you requested I file for your records.

If you need have any questions or need additional information, please do not hesitate to contact me.  Thank you for your time and attention to this matter.

Sincerely,

*James Tocci*

James V. Tocci

